**David AMBERGER, Plaintiff–Appellant,**

**v.**

**Gene M. JOHNSON, Director of the Virginia Department of Corrections; John Jabe, Deputy Director of Operations Virginia Department of Correc-**

tions; **Larry Huffman, Regional Director of Virginia Department of Corrections; Larry W. Jarvis, Warden of Bland Correctional Center; Virginia Bandy, Institutional Operations Administrator of Bland Correctional Center; Correctional Officer Doe, Bland Correctional Center; Jane Doe, Correctional Officer Bland Correctional Center, Defendants–Appellees.**

No. 06–6664.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2006.

Decided: Nov. 3, 2006.

David Amberger, Appellant Pro Se.

Before WILLIAMS and MICHAEL, Circuit Judges.*

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Amberger appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we grant Amberger's motion to file supplemental pleadings and documents, deny Amberger's motion for the appointment of counsel, deny his motion for a temporary restraining order, and affirm for the reasons stated by the district court. *Amberger v. Johnson,* No. 7:06–cv–00162–jlk (W.D.Va. Apr. 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*